IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIAM STEPHEN LUSH, II,

    Plaintiff,

v.

JUDGE BELINDA HILL,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-64-slc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant dismissing this case.

_____    3/11/10
Peter Oppeneer, Clerk of Court    Date